IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:16-CR-029-O |
| ARNULFO RODRIGUEZ (04) | § § | |

## ORDER

Before the Court is Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). *See* ECF No. 128. The Defendant, Arnulfo Rodriguez, entered a plea of guilty to the offense of Conspiracy with Intent to Distribute Cocaine and was sentenced to 77 months confinement. *See* Judgment, ECF No. 110. He now seeks a two-level reduction in his sentence under Amendment 782 of United States Sentencing Guidelines ("U.S.S.G."). Having considered the motion, the facts of this case, and the applicable law, the Court finds that the motion should be **DENIED**.

Review of the record in this case confirms that, when Rodriguez was sentenced on June 21, 2016, the sentence was imposed pursuant to the U.S.S.G. effective November 1, 2015. *See* Presentence Report (SEALED), ECF No. 75-1 at 12. The base offense levels set forth in the November 2015 Guidelines reflect the sentence reductions provided under Amendment 782. Therefore, Rodriguez has already received the benefit of Amendment 782.

For the foregoing reasons, Defendant's motion to reduce sentence is **DENIED**.

**SO ORDERED** this **4th day** of **October, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE